# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Henry J. Baixauli

_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

State of Connecticut

Case No. 3:07cv666 (SRU)
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Henry J. Baixauli is a citizen of Connecticut who
   (Plaintiff)                                    (State)
   presently resides at 287 Silver Lane East Hartford, CT. 06118
   (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: _____.

2. Defendant _____ is a citizen of _____
   (name of first defendant)                                    (State)
   whose address is _____,

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

_____

_____

3. Defendant _____ is a citizen of _____
    (name of second defendant)                                    (State)

whose address is _____

and who is employed as _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__Yes ____No. If your answer is "Yes," briefly explain:

_Assaulted and threatened by police officers. Also_
_other people that are involved are unknown to me._

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ____ 42 U.S.C. § 1983 (applies to state prisoners)

    ____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.
- Severe rights violations
- Inhumane treatment
- Illegal activities against myself by state employes
- Severe harrasment
- Threats
- Assault
- Slander
- Refusal of medical and phycological treatment, Torcherus treatment, and more

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Assaulted and threatened by police officers. Severally harrased and incedents continue as I move from one house to another and also as I left the (continued with attachment)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3

D. _____ of Action                        Page 2 - Attachment

state of CT. to move to Massechussetts. As incedents and problems continued in MA. & I returned to CT. I was born in New Britain, CT. and my family is in CT. This has also affected my family and threats from these same people were made against my family. My health is worsening because of this ongoing tortourus treatment. Meanwhile I am having serious problems, medically and phycologically. I am being refused all treatments and medical attention. And I am sure that these people are involved with that. I have been abused and assaulted in hospitals. At home and in all areas of my life. My last job was lost because at that time this was happening. This continues in a violent, stalking manner by these individuals. I very much need legal assistance at this time to continue this legal process and to expose and stop this from continueing any longer. This has been happening for a very long time and it is destroying my life. All involved needs to be exposed. I am a good person who believes in what is right and what is right for my family and what is right for this country. I am a United States Citizen and my rights have been abolished.

**Claim II**: _____

_____

_____

Supporting Facts:

**Claim III**: _____

_____

_____

Supporting Facts:

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
   \_\_\_\_Yes  ✓ No.  If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. \_\_\_\_Yes ✓ No.

   If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. \_\_\_\_ Yes \_\_\_\_ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.
   I would hope these problems can be solved in this court.

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? √ Yes ___ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

   Because of ongoing threats and the worsening of my health, with medical treatment being denied to me, I believe that I am in possible physical danger.

## G. REQUEST FOR RELIEF

I request the following relief: Need Attourney's Advice. (Relief) Not determined at this time. I have filed for motion for appointment of counsel.

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓    No ____

_____
Original signature of attorney (if any)

*Henry Baixauli*
**Plaintiff's Original Signature**

_____
Printed Name

Henry Baixauli
Printed Name

287 Silver Lane
East Hartford, CT, 06118

(__)_____
Attorney's full address and telephone

(860) 331-7587
Plaintiff's full address and telephone

_____
Email address if available

N/A
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at 450 Main St. Hartford, CT (location) on 4/19/07 (date).

*Henry Baixauli*
**Plaintiff's Original Signature**

(Rev. 8/25/04)

7